**GUY KORNBLUM & ASSOCIATES ATTORNEYS**

GUY O. KORNBLUM (SBN 39974)
WALTER CRUMP (SBN 203743)
KAITLYN JOHNSON (SBN 286738)
GUY KORNBLUM & ASSOCIATES
1388 Sutter St., Suite 820
San Francisco, CA 94109
Telephone: (415) 440-7800
Facsimile:  (415) 440-7898

Attorneys for Plaintiff
DANIEL DIAZ VILLALPANDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DIAZ VILLALPANDO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRANSGUARD INSURANCE COMPANY OF AMERICA, and EXEL DIRECT INC.,<br><br>　　　　Defendants. | Case No. 3:13-cv-04028-SC<br><br>[~~PROPOSED~~] **ORDER TO ENLARGE TIME FOR PLAINTIFF DANIEL DIAZ VILLALPANDO TO RESPOND TO DEFENDANT EXEL DIRECT INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, COMPEL ARBITRATION**<br><br>IT IS SO ORDERED AS MODIFIED |

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT** Plaintiff will file a response to Defendant Exel Direct Inc.'s Motion to Dismiss or, in the alternative, Compel Arbitration no later than January 10, 2014 and Defendant Exel Direct Inc. will file a reply no later than January 17, 2014. ~~This shall not affect the hearing date of January 24, 2014.~~  The hearing on the Motion to Dismiss shall be submitted on papers.

//

//

//

---

Order to Enlarge Time to File Response to Motion to Dismiss                                                        1

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

2

3  DATED: 01/02/2014 _____

4
          _____
5          THE H_____NTI
           Senior J_____Court
6

