```
MARK F. HAZELWOOD, SBN 136521
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone:   (415) 981-6630
Facsimile:   (415) 982-1634
Email: mhazelwood@lowball.com

Attorneys for Defendant
TRANSGUARD INSURANCE COMPANY OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DIAZ VILLALPANDO,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSGUARD INSURANCE COMPANY OF AMERICA, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:13-cv-04028-SC<br><br>**SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, effective January 2, 2014, subject to approval by the court, Transguard Insurance Company of America substitutes Mark F. Hazelwood, State Bar No. 136521 of Allen, Glaessner & Werth, 180 Montgomery Street, Suite 1200, San Francisco, California, 94104, telephone: (415) 697-2000 as counsel of record in place of Mark F. Hazelwood and the law firm of Low Ball & Lynch.

I consent to the above substitution.

Dated: 12/30/13

_____
Brent Piersma for Transguard Insurance
Company of America

///

///

-1-
SUBSTITUTION OF ATTORNEY

J:\1160\sf0045\Pld\Sub of Atty.docx                                               Case No: 3:13-cv-04028-SC

1  I consent to be substituted.

2  Dated: 12/26/13

   Mark F. Hazelwood

4  I consent to the above substitution.

5  Dated: 12/26/13

   Mark F. Hazelwood

8  The substitution of attorney is hereby approved and so ORDERED.

9  Dated: 01/03/2014

   The Honorable Samuel Conti

-2-
SUBSTITUTION OF ATTORNEY

J:\1160\sf0045\Pld\Sub of Atty.docx                    Case No: 3:13-cv-04028-SC