## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DANIEL DIAZ VILLALPANDO,
                    Plaintiff(s),

                    v.

TRANSGUARD INSURANCE COMPANY OF
AMERICA; EXEL DIRECT INC.,
                    Defendant(s).
_____/

CASE NO. 3:13-CV-04028 SC

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR *(please identify process and provider)* _____

Mediator Martin Quinn of JAMS, San Francisco
_____

The parties agree to hold the ADR session by:
☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

☐ other requested deadline _____

Dated: January 15, 2014                /s/ _____
                                       Attorney for Plaintiff
                                       Daniel Diaz Villalpando

Dated: January 15, 2014                /s/ _____
                                       Attorney for Defendant
                                       Transguard Insurance Company of America

Dated: January 15, 2014                /s/ _____
                                       Attorney for Defendant
                                       Exel Direct, Inc.

CONTINUE TO FOLLOWING PAGE

American LegalNet, Inc.
www.FormsWorkFlow.com

**[~~PROPOSED~~] ORDER**

[X]   The parties' stipulation is adopted and IT IS SO ORDERED.

[ ]   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 01/16/2014



THE HONORABLE SAMUEL CONTI
Senior Judge, United States District Court

Judge Samuel Conti

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

American LegalNet, Inc.
www.FormsWorkFlow.com