**KORNBLUM • COCHRAN**
**KCEH**
**ERICKSON • HARBISON**
Kornblum•Cochran•Erickson•Harbison, LLP, A Partnership of Professional Corporations and an Individual

GUY O. KORNBLUM (39974)
KAITLYN G. JOHNSON (286738)
KORBLUM, COCHRAN, ERICKSON
& HARBISON, LLP
1388 Sutter St., Suite 820
San Francisco, CA 94109
Telephone: (415) 440-7800
Facsimile:  (415) 440-7898

Attorneys for Plaintiff
DANIEL DIAZ VILLALPANDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DIAZ VILLALPANDO,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSGUARD INSURANCE COMPANY OF AMERICA, and EXEL DIRECT INC.,<br><br>    Defendants. | Case No. 3:13-cv-04028-SC<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER** |

      Plaintiff Daniel Diaz Villalpando and Defendants Exel Direct, Inc. and Transguard Insurance Company of America, through their respective counsel, hereby submit the following Stipulation of Dismissal and Proposed Order.

      **WHEREAS** on October 30, 2013, Plaintiff Daniel Diaz Villalpando ("Plaintiff") filed a First Amended Complaint for Damages for Breach of Insurance Contract, Declaratory Relief, Breach of the Covenant of Good Faith and Fair Dealing, Intentional Misrepresentation and Concealment, and

1 | Negligent Misrepresentation against Defendants TRANSGUARD INSURANCE COMPANY OF
2 | AMERICA ("Transguard") and EXEL DIRECT, INC ("Exel");
3 |     **WHEREAS** Plaintiff, on the one hand, and Defendants Transguard and Exel, on the other hand,
4 | settled this matter on or about July 17, 2014;
5 |     **THEREFORE, IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by
6 | and through their respective counsel, that the above-captioned action shall be dismissed with prejudice
7 | pursuant to FRCP 41(a)(1)(A)(ii).  The parties further stipulate that the parties shall bear their own
8 | attorney's fees, expenses and costs.

KORNBLUM, COCHRAN, ERICKSON
& HARBISON, LLP

DATED:  August 25, 2014        By____s/ Kaitlyn G. Johnson_____
                                                    Kaitlyn G. Johnson
                                                 Attorneys for Plaintiff

BULLIVANT HOUSER BAILEY PC

DATED:  August 25, 2014        By____s/ Ronald Richman_____
                                                    Ronald Richman
Attorneys for Defendant EXEL DIRECT INC.

ALLEN, GLAESSNER, HAZELWOOD
& WERTH, LLP

DATED:  August 25, 2014        By____s/ Mark Hazelwood_____
                                                   Mark Hazelwood
Attorneys for Defendant TRANSGUARD
INSURANCE CO. OF AMERICA

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT** the action is dismissed with prejudice as against Defendants Exel Direct, Inc. and Transguard Insurance Company of America pursuant to FRCP 41(a)(1)(A)(ii).

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: __08/26/2014_____



_____
THE HONORABLE SAMUEL CONTI
Senior Judge, United States District Court